IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTOPHER LANIER,**  **PLAINTIFF**
**#162311**

v. 4:19CV00872-BRW-JTK

**LUCAS EMBERTON, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

I certify that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of February, 2020.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE